515 U.S. 1152
115 S. Ct. 2599
115 S. Ct. 2600
 DOE, JOHN AND JANE DOE
v. KIRCHNER, OTAKAR
BABY RICHARD, A MINOR, BY HIS GUARDIAN AD LITEM, EDWARD J. O'CONNELL
v. KIRCHNER, OTAKAR, ET AL.
 94-1644, 94-9087
 SUPREME COURT OF THE UNITED STATES
 June 19, 1995, Decided
 
 1
 The motion of Yale University Child Study Center, et al. for leave to file a brief as amici curiae is granted. The motion of Governor of the State of Illinois for leave to file a brief as amicus curiae is granted. The motion of Paul Simon, et al. for leave to file a brief as amici curiae is granted. The motion of Catholic Adoptive Parents Association for leave to file a brief as amicus curiae in No. 94-9087 is granted. The petitions for writs of certiorari are denied.